1 of 7

RECEIVED
SH
2/12/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN The United States Dist. Court For The
Northern Dist. OF ILLINOIS...

Rodney Deitboin

V.

United States OF
America

CASE NO.

21-CV-913

JUDGE KNESS
MAGISTRATE JUDGE FINNEGAN

PC 6

Complaint

1) Introduction:

Pursuant to the provisions OF Title 28 OF U.S. Code
1346 (B) 1402 (B) 2401(B) And 2671 et. Seq Rodney Deitboin = pro
se Prisoner Brings A Federal Tort Claims Act up Against The
U.S. The United States OF America particularly, He Claims By
complaint that At AUSP Thomson Penitentary In Thomson Illinois
while Imprisoned There, He was Assaulted By several Correctional
Staff... ON 10-2-19 Thru 10-7-19 while In Handcuffs Behind my Back
Then while cuffed & Shackled To A Dirty Mattress... In compliance
with FBOP program statement 1320.06, An Admin. Tort Claim was Exhausted
See Exhibit D... Accordingly, For compensatory Damages From the Physical
, Emotional & Mental Injury From The Torture, Assault, And Not
Being Feed or Given water my 5 Days In 4 point Restraints! so I
was seeking 40,000$°° For Relief...

2.) Day OF Assault & start OF Torture - OCT. 2, 2019

I WAS told To CUFF up By C/O Kyle MAYBURY & T. AlBERTSON AT which time I WAS told By Both OFFICERS THAT I FuckedUp And THAT They WAS ABout too FUCK ME up! I complied And CUFFed up AS I WAS told... Upon Exit coming ouT OF the cell E2 #21 I WAS SHoved Against The wall with Force By Both C/o's I WAS pulled one way & shoved The other way IN AN EFFORT To make me Fll. yet the Attempt WAS week within their power (strength) so I WAS leed out the Front of the unit "E2" Door where At least 6 OR 7 StaFF waited oN ME...

Soon AS I stepped out oF the unit, C/O K. MAYBURY PUNCH ME IN The Face (Right Temple) And C/o T. AlBerTson Took ME To the Ground AT which Time counselor GRATHAM, LT. ERKisine, C/o CONKlin, C/o M. BlackBurn, C/o CRUZE, BeeT ME while I WAS oN The Ground, I WAS Then ForceFully Dragged To The RestraiNt cell #23 "E2" where I WAS PUT IN 4 points (strap To A concrete Block) Both Hands & ANkles WAS HANdcuFFed to the post on the concrete Block @ A odd Angel To Induce PAIN! once I WAS put into Restraints All oF the NAMed OFFICERS WAS surrounding ME And C/o T.AlBerTson placed the shield on my ThroAT To choke me... C/o K. MAYBURY stomp on my Fingers Then start twisting & Grinding His Foot Into my Fingers Ripping my SkiN oFF... LT. ERKisine Told the StaFF Dont Hit me IN the FAce To Not leave oBvious ProoF!!! At which time He start WACKing my Right ARm "Elbow" w/ His BATon & C/o M. BlackBurn stood over me with His BAton And Hit me IN my GroIN ARea multiple times while CAlliN me A Dick BeaTiNG NiGGER!

I FAinted Due To the Shield That was still choking me By c/o T. Albertson & The PAin From the others who was Attacking me caused me To Blackout... THESE same staff made sure To Do Almost All The Restraint checks... And Assaulted me For No Less Then 10 mins. which the camera Footage will show....

I was Denied Food & water Except once--- my vital signs. And Blood PRessure should show PROOF OF this Claim--- Also The camera.... upon one of The Restraint checks LT. ERkisine, c/o K. mayBury & c/o T. Albertson And R. Troutman Took Turns Beating me with their Batons--- my Legs start Bleeding so Bad that c/o shellhammer Told LT. ERkisine we CANT Leave Him like this, All Bloody... shellHammer was Also part of the seat Dawd LT. ERkisine cut my clothes off & poured water on my legs To Rinse Away The Bloody proof of The Assault.... yet I needed stitches and the Bleedin Didn't stop...I complained To All of the Nurse But None of them cared Then EVERY Restraint check the staff wid come In the cell 1st And told me IF I open my mouth I would Be sorry...

ON saturday 10-6-19 During The Noon Restraint check I ~~Nots~~ told The Head pysch DR. (ms. RAMeriez) {OR. K or That staff Been Assaulting me and No one Is Helping me This is a violation of Employee standards of conduct... I then Drew Her Att. To my Bloody Legs, And told Her Im IN 4 points I could Not Have Done This To my self... she Told me To speak with medical!! I pointed the Fact That Nurse Bergmann was Right there In the Room--- yet still Did Nothin EVEN After that...(check All Her medical Records plz) She Is IN A Relationship w/ c/o K. mayBury WHICH was very obvious...

I Spent a total of 5 days in 4 points with water & food once! And per FBOP policy I was not suppose to be held that long in 4 points. LT. ERKisine Told me He would make sure I would stay in 4 points till His 2 days off came which was Sun. & mondays... which is what Happen I was Released on a Sunday 10-7-19... At which time I Then Found out that E. GAMBle (C/O) in a covert Group Effort Lied on me By saying I — Ejaculated on Her while she collected my Dinner Trays (see Exhibit E) which was Impossible Due to the Fact I Had A Security Box on the Front of my Food slot... Furthermore The camera Footage shows Nothin that she Alleged while @ my cell Door (E2# 21) Happened THIS Incident Report I was Found Not Guilty of...

Further more, All of the other False Reports wrote on me to justify The Staff Actions And The unHeard of timeframe I was kept in 4 points, was Also Expunged Due to camera Footage... which left All the staff Involved in Violation of 3420.11 Employee Standards of Conduct countless sections that Apply per FBop policy... The Fact that I Also Filed Numerous complaints (ADMIN. Remedies) seekin protection Against LT. ERKisine & His misConduct... yet my Pleas For Help was Ignored... And the GROSS NeGligence Continued...

Until Finally SIA RAMirez Finally Interviewed me Around the 3rd week of oct. 2019 And I told Him Everything, And Answered All His Questions In Regards To my 3 complaint He Had... I then Showed Him my Swollen Legs which was Still Freshly wounded From The Assault! He made Notes LT. ERKisine was Removed From E Unit... He was the supervisor of that post... And Inmate R. Chambers & Landolis was Also seen By SIA Rameriez For Similar situation "staff misconduct" Assault! OCT 2020 SIS LT. WHAlen Interviewed me For The Office of Internal Affairs...About this Incident!

5 of 7

Lastly, I was Denied medical Treatment To prevent me From Having my Injuries Documented... Nurse Bergmann was Beyond this To cover Her & Her Boyfriend K. maybury wrong Doings! This IS outLined IN my Exhibits which IS Documented!

3.) APPLICABLE Statutes & PROGRAM Statement (FBOP)

Federal correctional staff Are considered Investigative or Law Enforcement officers Due To the Official Duties Assigned to them By the statue e.g. 18 U.S.C. 3050, so It IS most Appropriate To sue For their Assaultive Actions under The Provisions of F.T.C.A. SupRA, PROGRAM Statement 5566.06 - Use of Force And Application of Restraints outlines The purpose & scope of Federal OFFICERS conduct within the FBOP... 1320.06 F.T.C.A. policy purpose & scope 543.30 28 CFR PART 14... The Gov. IS LIABle For Negligent or wrongful Acts or omissions of Its Employees While Acting within the scope of their Employement... 3420.11 Employee standards of Conduct... #4 Negligence #10 Abusive language #15 Endangering the Safety of others #25 Physical Abuse of A Inmate/#34 FalsSFication, Exaggeration or concealment of material Facts/#37 Criminal Dishonest, Disgraceful Conduct... #56 FAilure To Report Misconduct "3420.11"

* CASe Laws * | Gomez V. Chandler, | 163 F. 3d 921 (5TH CIR) 1999 Allegetions of Cuts & Abrasions satisfy physical Injury Requirement | Reese V. HerBerT | 527, F.3d 1253, 1274 (11TH CIR 2008) 4TH Amendment Prohibits A severe beating of A Restrained, Non-Resisting suspect | Hadley V. Gutierrez, | 526 F3d 1324 1334 11TH CIR 2008, Gratuitous use of Force when A Criminal suspect Is not Resisting Arrest constitutes Excessive Force! Punchin A non-Resisting criminal suspect For No Reason other than MALICE, Is Not Protected By OUR Constitution!

6 OF 7

\* EVEN under 42 U.S.C. 1983 EXCESSIVE FORCE CLAIM... GRATUITOUS FORCE OR UNREASONABLE FORCE, EVEN W/O INJURY IS ACTIONABLE!

\* The PRINCIPLE which ALLOWS De MINIMIS FORCE, Does NOT IMMUNIZE OFFICERS Who USE EXCESSIVE & GRATUITOUS FORCE... AFTER A SUSPECT IS (OR HAS BEEN) SUBDUED, IS NOT RESISTING, AND POSE NO THREAT — Sanders v. Duke . 766 F.3d 1262, 1265 1269-70 (11TH CIR 2014)

Slicker v. Jackson 215 F.3d 1225, 1233 (11TH CIR 2000) Holding THAT PLAINTIFF could SEEK NOMINAL DAMAGES BASED ON PAIN & SUFFERING WHERE OFFICERS KICKED & BEAT the HANDCUFFED PLAINTIFF

WHILE IN 4 POINTS FOR 5 DAYS I WAS DEPRIVED OF SLEEP DUE TO the STAFF BANGIN ON the DOOR EVERY 15 MIN. CHECK... AND EVERY 2 HOUR CHECK I WAS BEAT... THIS CAUSED MENTAL & EMOTIONAL ANGUISH... DUE TO the FACT I WAS FALSELY ACCUSED AND BEAT AND TORTURED ON SOME CIVIL RIGHTS ERA CONFLICT ABOUT A WHITE WOMAN LYING ON A BLACK MAN, PUT ME IN the MINDFRAME OF SLAVERY AND ALL the YEARS MY ANCESTORS WAS TORMENTED BY the HANDS OF WHITE MEN! I FURTHER SEEK NOMINAL DAMAGES FOR PAIN & SUFFERING DUE TO the STAFF REFUSING TO FEED ME FOR 5 DAYS OR GIVE ME WATER... AND KEPT ME IN 4 POINTS FOR 5 DAYS STRAIGHT... FOR NOTHING BUT FALSE CONDUCT REPORTS which WAS ALL EXPOUNGED!!!
I WOULD ALSO LIKE TO CITE RODNEY O. McINTOSH V. U.S.A. CASE # 3:19 - CV- 50322 WHICH HAS A SIMILAR SITUATION TO MY CLAIM
Key FACTOR \* @ the SAME PRISON, WITH the SAME EXACT STAFF... WHO HAS A LONG RECORD OF MISCONDUCT & ASSAULTS!!! FURTHER I WAS TOLD BY SIA THAT THEM (STAFF) NOT HERE ANYMORE... M. BLACKBURN, E. GAMBLE, K. MAYBURY (FIRED)

4) CONCLUSION

7 of 7

And the others Involved is still under Invest! so AS my Exhibits And Attachments Elucidate my Injuries And The Length of time I was kept In 4 points (5 Days for No Reason) I ASK For — compensation In the Amount of X $40,000.⁰⁰ My Exhibits From Medical clearly shows my Injuries Done While I was In 4 Points Unable To Do These things to myself... plz see Medical Records "Exhibits" And Apply caselaws cited Here In this motion... I would Also like A court order for SIA Remerez Report on this said Incident to be submitted to the courts AS Evidence plz!

Date: 2-2-21

Rodney Delzoin
*60217-060
AUSP Thomson
P.O. Box 1002
Thomson, IL
61285...

EXHIBIT A 1 of 2

F03.17

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | |
|---|---|
| Inmate Name: DELABOIN, RODNEY | Reg #: 60217-060 |
| Date of Birth: 10/19/1981 | Sex: M Race: BLACK | Facility: TOM |
| Encounter Date: 12/03/2019 10:42 | Provider: Ross, T. NP | Unit: Z02 |

Mid Level Provider - Follow up Visit encounter performed at Health Services.

*This Date shows How Long It took me ~~to~~ To Be seen By The P.A. After my wounds was Inflicted By Staff...*

## SUBJECTIVE:

**COMPLAINT 1**   Provider: Ross, T. NP

**Chief Complaint:** Muscle/Joint Ache

**Subjective:** IM ambulates to health services with steady gait and erect posture for examination. IM seen today for complaints of BLE discomfort. IM claims he was "beat and batoned by the police" and "I have permanent damage to both my legs. ...they split 'em open beatin me...". IM indicating his bilateral, anterior lower legs when describing injuries. Hyperpigmented nodule with healed midline abrasions consistent with resolving contusion noted. Able to perform full active ROM to bilateral hips, knees, ankles without difficulty or deficit. No tibia or fibula bony abnormalities or step-offs palpated. No loss of functional ability. Sensation intact to bilateral lower extremities. Normal muscle bulk, strength and tone. DTRs at patella and Achilles intact, equal, 2+. Pedal pulses palpable and strong. Capillary refill <2 seconds.

**Pain:** Yes

### Pain Assessment

| | |
|---|---|
| **Date:** | 12/05/2019 15:00 |
| **Location:** | Leg-Lower bilateral |
| **Quality of Pain:** | Aching |
| **Pain Scale:** | 4 |
| **Intervention:** | commissary; supportive measures |
| **Trauma Date/Year:** | |
| **Injury:** | |
| **Mechanism:** | |
| **Onset:** | 2-6 Months |
| **Duration:** | <30 Minutes |
| **Exacerbating Factors:** | not verbalized |
| **Relieving Factors:** | not verbalized |
| **Reason Not Done:** | |
| **Comments:** | |

### Pain Assessment

| | |
|---|---|
| **Date:** | 12/03/2019 10:46 |
| **Location:** | Leg-Lower bilateral |
| **Quality of Pain:** | Tender |
| **Pain Scale:** | 3 |
| **Intervention:** | commissary |
| **Trauma Date/Year:** | |
| **Injury:** | |
| **Mechanism:** | |
| **Onset:** | 2-6 Months |
| **Duration:** | <30 Minutes |
| **Exacerbating Factors:** | none voiced |

EXHIBIT A 1 OF 3

| | | |
|---|---|---|
| Inmate Name: DELABOIN, RODNEY | | Reg #: 60217-060 |
| Date of Birth: 10/19/1981 | Sex: M Race: BLACK | Facility: TOM |
| Encounter Date: 12/03/2019 10:42 | Provider: Ross, T. NP | Unit: Z02 |

**Exam:**

### Motor System-Strength
Yes: Normal Muscular Strength
No: Weakness, Paresis

### Strength-Knee Extension L2/L3/L4 & Quadriceps
Yes: 5-Normal Muscle Strength

### Strength-Knee Flexion L4/L5/S1/S2 & Hamstrings
Yes: 5-Normal Muscle Strength

### Strength-Foot Dorsiflexion L4/L5
Yes: 5-Normal Muscle Strength

### Strength-Foot Plantar Flexion S1
Yes: 5-Normal Muscle Strength

### Coordination
Yes: Within Normal Limits

### Coordination - Gait
Yes: Normal Gait, Normal Heel-Toe Tandem Walking, Normal Toe Walking, Normal Heel Walking, Normal Shallow Knee Bend
No: Weakness

### Coordination - Stance
Yes: Normal Stance, Steady

### Sensory-Light Touch
Yes: Normal Light Touch Sensation
No: Anesthesia, Hyperesthesia, Hypoesthesia, Paresthesia

### Sensory-Discriminative Sensation
Yes: Normal 2 Point Discrimination, Normal Stereognosis

### DTR Patellar L2/L3/L4
Yes: 2+ Normal Reflex

### DTR Achilles S1
Yes: 2+ Normal Reflex

**Exam Comments**

Left anterior lower leg noted with 2.4cmx2.0cm hyperpigmented subcutaneous nodule with 0.4cmx0.1cm vertical midline healed abrasion. Right anterior lower leg with 2.3cmx2.0cm hyperpigmented subcutaneous nodule with 0.3cmx0.2cm vertical midline healed abrasion.

**ASSESSMENT:**

Injury, unspecified, T1490 - Resolved

**PLAN:**

**Disposition:**
Follow-up at Sick Call as Needed
Return To Sick Call if Not Improved
Discharged to Housing Unit-No Restrictions
Referred to Commissary

**Other:**

EXHIBIT A 1 OF 3

Inmate Name: DELABOIN, RODNEY
Date of Birth: 10/19/1981
Encounter Date: 12/03/2019 10:42

Sex: M  Race: BLACK
Provider: Ross, T. NP

Reg #: 60217-060
Facility: TOM
Unit: Z02

BLE Pain: Bilateral shins noted with healing contusions. No open wounds. No functional impairment. Neurovascularly intact. No indication for further diagnostics. IM counseled on healing process. S/S indicating need for further medical evaluation reviewed. IM to return to sick call if symptoms do not improve or worsen. Instructed on soft tissue massage to increase blood flow to area and facilitate healing. Referred to commissary for OTC analgesics as needed. All questions answered. IM verbalizes understanding and agreement with plan.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 12/03/2019 | Counseling | Pain Management | Ross, T. | Verbalizes Understanding |
| 12/03/2019 | Counseling | Plan of Care | Ross, T. | Verbalizes Understanding |

Copay Required: No          Cosign Required: No
Telephone/Verbal Order: No
Completed by Ross, T. NP on 01/01/2020 16:21

EXBH #A 1 oF2

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: DELABOIN, RODNEY | | Reg #: 60217-060 |
| Date of Birth: 10/19/1981 | Sex: M Race: BLACK | Facility: TOM |
| Encounter Date: 11/14/2019 13:00 | Provider: Garcia, V. RN | Unit: Z02 |

Nursing - Sick Call Note encounter performed at Housing Unit.

**SUBJECTIVE:**

**COMPLAINT 1**     Provider: Garcia, V. RN

**Chief Complaint:** Pain
**Subjective:** "I want medical treatment for pain my legs".
**Pain:**     Yes

**Pain Assessment**
| | |
|---|---|
| Date: | 11/14/2019 13:42 |
| Location: | Leg-Upper bilateral |
| Quality of Pain: | Throbbing |
| Pain Scale: | 8 |
| Intervention: | None |
| Trauma Date/Year: | 07/23/2018 |
| Injury: | Arthroscopic knee surgery to right knee to remove cartilage flaps |
| Mechanism: | |
| Onset: | 1 Month |
| Duration: | 1 Month |
| Exacerbating Factors: | Unknown |
| Relieving Factors: | None |
| Reason Not Done: | |
| Comments: | |

**OBJECTIVE:**

**Exam:**
**General**
**Appearance**
Yes: Alert and Oriented x 3

**ASSESSMENT:**

No Significant Findings/No Apparent Distress

Inmate seen at cell-side. Inmate states he was assaulted by staff and has had bilateral leg pain since 10/2/19. Reviewed inmate chart. Inmate involved in an immediate use of force on that date. Inmate states he refuses to take "pills". Observed inmate gait and ROM to be within normal limits. Instructed inmate to utilize OTC analgesics. Inmate became agitated, stating he didn't want to take pills or medication and then stated, "I don't know if I'm allergic to any of that". Informed inmate that he had no allergies listed in his medical record. Repeated to inmate to try using OTC pain reliever. Inmate had no other questions at this time.

**PLAN:**

**Disposition:**
Follow-up at Sick Call as Needed

# Bureau of Prisons
# Health Services
# Clinical Encounter

EXHIBIT A
2 OF 2

Inmate Name: DELABOIN, RODNEY
Date of Birth: 10/19/1981
Encounter Date: 10/21/2019 18:43

Sex: M  Race: BLACK
Provider: Simcox, J RN

Reg #: 60217-060
Facility: TOM
Unit: Z02

Nursing - Evaluation encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT 1    Provider: Simcox, J RN

Chief Complaint: Other Problem
Subjective: Inmate requesting medical assessment following Use of Force on "10/2/19"
Pain: No

**OBJECTIVE:**

Temperature:

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 10/21/2019 | 18:46 TOM | 97.8 | 36.6 | Oral | Simcox, J RN |

Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 10/21/2019 | 18:46 | 77 | Via Machine | | Simcox, J RN |

Respirations:

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 10/21/2019 | 18:46 TOM | 16 | Simcox, J RN |

Blood Pressure:

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 10/21/2019 | 18:46 TOM | 142/86 | Right Arm | Sitting | Adult-large | Simcox, J RN |

SaO2:

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 10/21/2019 | 18:46 TOM | 100 | | Simcox, J RN |

Weight:

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 10/21/2019 | 18:46 TOM | 190.0 | 86.2 | | Simcox, J RN |

Exam:
General
Affect
Yes: Cooperative

Appearance
Yes: Alert & Oriented to Person

Nutrition
Yes: Within Normal Limits

**ASSESSMENT:**

No Significant Findings/No Apparent Distress

Inmate seen per his request for documentation of injuries alleged to have occurred during Use of Force incident on 10/2/19.

Generated 10/21/2019 19:11 by Simcox, J RN          Bureau of Prisons - TOM          Page 1 of 2

EXHIBIT A OF 2

| | |
|---|---|
| Inmate Name: DELABOIN, RODNEY | Reg #: 60217-060 |
| Date of Birth: 10/19/1981 | Sex: M Race: BLACK | Facility: TOM |
| Encounter Date: 10/21/2019 18:43 | Provider: Simcox, J RN | Unit: Z02 |

VSS. Inmate escorted to exam room per Custody procedure with hands restrained behind back. Inmate ambulates into and out of exam room, gets onto and off of exam table with ease. Inmate points out two healing abrasions on left leg (below knee), one healing abrasion on right leg (below knee) all of which are dry and covered with scar tissue. Inmate also notes wound to left wrist which appears to be a healed abrasion. No other complaints or concerns verbalized by inmate at this time.

When asked if he was using his meloxicam medication he stated it had been confiscated at the time of the incident. Inmate given #3 packets of antibiotic ointment and encouraged to use as needed on all affected areas of concern daily following skin care. Inmate encouraged to keep all areas clean and to utilize skin moisturizing products. Importance of good skin care and hygiene reinforced. Inmate encouraged to hydrate generously. Inmate encouraged to follow up with refill request for self carry meloxicam prescription (if needed) which remains active at this time. Inmate agreeable with plan.

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 10/21/2019 | Counseling | Access to Care | Simcox, J | Verbalizes Understanding |
| 10/21/2019 | Counseling | Plan of Care | Simcox, J | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Simcox, J RN on 10/21/2019 19:11

Requested to be cosigned by Boyd, Rock MD/CD.

Cosign documentation will be displayed on the following page.

EXHIBIT A

2 oF 2

# Bureau of Prisons
## Health Services
### Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | DELABOIN, RODNEY | | Reg #: | 60217-060 |
| Date of Birth: | 10/19/1981 | Sex: M Race: BLACK | Facility: | TOM |
| Note Date: | 10/07/2019 13:30 | Provider: Bergmann, M RN | Unit: | Z02 |

Admin Note - General Administrative Note encounter performed at Special Housing Unit.
**Administrative Notes:**

> **ADMINISTRATIVE NOTE  1**        **Provider:** Bergmann, M RN
>
> Late entry:
>
> On 10/7/2019, inmate submitted a sick call note during morning rounds indicating he wanted to be medically assessed following his release from restraints. When staff approached inmate's cell to pull him to Echo medical for an assessment, he asked which nurse would be assessing him. After finding out that this writer would be assessing him, inmate stated "Nah, I'm good." Refusal form will be generated for inmate to sign.

**Copay Required:** No          **Cosign Required:**  No
**Telephone/Verbal Order:**  No

Completed by Bergmann, M RN on 10/09/2019 11:13

↑ A LIE !

Cover up For
Her Co- Workers ...

Exhibit A
2 of 2

# Bureau of Prisons
# Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | DELABOIN, RODNEY | | | Reg #: | 60217-060 |
| Date of Birth: | 10/19/1981 | Sex: | M    Race: BLACK | Facility: | TOM |
| Note Date: | 10/06/2019 13:42 | Provider: | Bergmann, M RN | Unit: | Z02 |

Admin Note - General Administrative Note encounter performed at Special Housing Unit.
**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**        **Provider:** Bergmann, M RN
Was informed by custody that inmate was taken out of restraints at 1:00pm and returned to assigned cell without incident.

**Copay Required:** No        **Cosign Required:** No
**Telephone/Verbal Order:**  No
Completed by Bergmann, M RN on 10/06/2019 13:43

She WAS AWARE OF my
INjuRy due To The FAct
She saw me IN 4 points
Bleeding & I pointed my
Injury out During A Restraint
Check Into which The Head
pysch. Dr. was present And
I Told Her Nurse BerGmann
Refuse Acknowledge my
opeN wounds IN that
Dirty, pissy, Restraint cell
CHained To The mattress
And No where IN HER
medical Assessments DID
She mention my Injuries
In an Effort To Cover up
The staff misConduct...

BP-S358.060
SEP 05

**MEDICAL TREATMENT REFUSAL**

CDFRM

U.S. DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF PRISONS

10-9-2019
Date

I, RODNEY DELABOIN _____ 60217-060 __, refuse treatment recommended by the Federal Bureau of Prisons Medical staff for the following condition(s):

**DESCRIBE CONDITION IN LAYMAN'S TERMINOLOGY:**

Physical assessment

**The following treatment(s) was/were recommended:**

Head to toe assessment and full set of vital signs with any injuries to be documented

Federal Bureau of Prisons Medical staff members have carefully explained to me that the following possible consequences and/or complications may result because of my refusal to accept treatment:

undetected medical issues which could lead to worsening of condition up to and including death

I understand the possible consequences and/or complications, listed above, and still refuse recommended treatment. I hereby assume all responsibility for my physical and/or mental condition, and release the Bureau of Prisons and its employees from any and all liability for respecting and following my expressed wishes and directions.

_____ RN   10/9/19
BERGMANN, M RN        10-9-2019
Counseled by          Date

_I WOULD LIKE TO BE SEEN_
Patient's Signature      Date

_BY A DIFFERENT NURSE_

A. Sanchez   10.9.19
Signature of Witness   Date

_PLEASE !_
TOM–THOMSON ADMIN USP

60217-060
10/9/19

EXHBIT 1of2

B

| | |
|---|---|
| Inmate Name: DELABOIN, RODNEY | |
| Date of Birth: 10/19/1981 | |
| Encounter Date: 10/06/2019 11:15 | |

Sex: M    Race: BLACK
Provider: Bergmann, M RN

Reg #:    60217-060
Facility:  TOM
Unit:      Z02

**Exam:**

Yes: Capillary Refill Normal

**Legs**

Yes: Capillary Refill Normal

**ASSESSMENT:**

No Significant Findings/No Apparent Distress

Restraint check due to inmate being placed in four point restraints. Restraints move freely, do not compromise airway, breathing or circulation. No swelling or injuries noted at or distal to restraints in all 4 extremities. Inmate moves from one position to another. Vital signs WNL and the inmate appears medically stable. Inmate does not show any signs of dehydration. Water is offered. Inmate offered lunch tray. Inmate offered to use the restroom. Airway patent, breathing normal, good pulses and capillary refill distal to the restraints in all 4 extremities. Skin is warm, dry, and has good color. No new injuries noted during exam. Leg irons removed during this assessment.

**PLAN:**

**Disposition:**

Follow-up in 2-4 Hours

**Other:**

Patient allergies reviewed and updates applied during this visit if indicated. See Chart: Allergies for most recent patient allergy list.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 10/06/2019 | Not Done | | Bergmann, M | No Participation |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Bergmann, M RN on 10/06/2019 11:19

Requested to be cosigned by Boyd, Rock MD/CD.

Cosign documentation will be displayed on the following page.

*Ex#3.t*

*B 2uf 2*

# Bureau of Prisons
## Health Services
## Clinical Encounter

Inmate Name:  DELABOIN, RODNEY
Date of Birth:  10/19/1981
Encounter Date:  10/06/2019 06:58

Sex:  M   Race:  BLACK
Provider:  Bergmann, M RN

Reg #:   60217-060
Facility:  TOM
Unit:   Z02

Nursing - Restraint Check encounter performed at Special Housing Unit.
**SUBJECTIVE:**

**COMPLAINT 1**   Provider: Bergmann, M RN
Chief Complaint: No Injury
Subjective:   Four point restraint check.
Pain:   Not Applicable

**OBJECTIVE:**
Temperature:

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 10/06/2019 | 06:58 TOM | 98.3 | 36.8 | | Bergmann, M RN |

Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 10/06/2019 | 06:58 | 92 | | | Bergmann, M RN |

Respirations:

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 10/06/2019 | 06:58 TOM | 17 | Bergmann, M RN |

Blood Pressure:

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 10/06/2019 | 06:58 TOM | 136/83 | | | | Bergmann, M RN |

SaO2:

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 10/06/2019 | 06:58 TOM | 99 | Room Air | Bergmann, M RN |

Exam:
General
    Affect
        Yes: Irritable
        No: Cooperative
Skin
    General
        Yes: Skin Intact, Warmth
Pulmonary
    Observation/Inspection
        Yes: Within Normal Limits
        No: Respiratory Distress
Cardiovascular
    Observation
        Yes: Within Normal Limits
Peripheral Vascular

EXBT B 2-OF-2

Inmate Name: DELABOIN, RODNEY
Date of Birth: 10/19/1981
Encounter Date: 10/06/2019 06:58

Sex: M   Race: BLACK
Provider: Bergmann, M RN

Reg #: 60217-060
Facility: TOM
Unit: Z02

## Exam:

### Arms

Yes: Capillary Refill Normal

### Legs

Yes: Capillary Refill Normal

## ASSESSMENT:

No Significant Findings/No Apparent Distress

Restraint check due to inmate being placed in four point restraints. Restraints move freely, do not compromise airway, breathing or circulation. No swelling or injuries noted at or distal to restraints in all 4 extremities. Inmate moves from one position to another. Vital signs WNL and the inmate appears medically stable. Inmate does not show any signs of dehydration. Water is offered. Inmate offered breakfast tray. Inmate offered to use the restroom. Airway patent, breathing normal, good pulses and capillary refill distal to the restraints in all 4 extremities. Skin is warm, dry, and has good color. No new injuries noted during exam.

*[handwritten: Yet I have OPEN Wounds!]*

## PLAN:

### Disposition:

Follow-up in 2-4 Hours

### Other:

Patient allergies reviewed and updates applied during this visit if indicated. See Chart: Allergies for most recent patient allergy list.

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 10/06/2019 | Not Done | | Bergmann, M | No Participation |

Copay Required: No          Cosign Required: Yes
Telephone/Verbal Order: No

Completed by Bergmann, M RN on 10/06/2019 09:54
Requested to be cosigned by Boyd, Rock MD/CD.
Cosign documentation will be displayed on the following page.

*EXHBIT C*

*1 OF 5*

# Bureau of Prisons
## Health Services
## Clinical Encounter

Inmate Name: DELABOIN, RODNEY
Date of Birth: 10/19/1981
Encounter Date: 10/02/2019 21:53

Sex: M    Race: BLACK
Provider: Simcox, J RN

Reg #: 60217-060
Facility: TOM
Unit: Z02

Nursing - Restraint Check encounter performed at Other.

**SUBJECTIVE:**

**COMPLAINT 1**      Provider: Simcox, J RN
  Chief Complaint: No Complaint(s)
  Subjective: Four Point Restraint Check
  Pain: Not Applicable

**OBJECTIVE:**
Temperature:

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|------|------|-----------|---------|----------|----------|
| 10/02/2019 | 21:53 TOM | 95.0 | 35.0 | Axillary | Simcox, J RN |

Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|------|------|-----------------|----------|--------|----------|
| 10/02/2019 | 21:53 | 92 | Via Machine | | Simcox, J RN |

Respirations:

| Date | Time | Rate Per Minute | Provider |
|------|------|-----------------|----------|
| 10/02/2019 | 21:53 TOM | 16 | Simcox, J RN |

Blood Pressure:

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|------|------|-------|----------|----------|-----------|----------|
| 10/02/2019 | 21:53 TOM | 146/60 | Left Arm | Lying | Adult-large | Simcox, J RN |

SaO2:

| Date | Time | Value(%) | Air | Provider |
|------|------|----------|-----|----------|
| 10/02/2019 | 21:53 TOM | 98 | Room Air | Simcox, J RN |

Exam:
  **Peripheral Vascular**
    **Arms**
      Yes: Radial Pulse Normal
    **Legs**
      Yes: Dorsalis Pedis Normal

**ASSESSMENT:**

*I'm IN 4 points @ This Time And did NOT Harm myself... This is piuf of Injuries Inflicted By staff.. "MISCONDUCT" This was not noted IN previous - Report By same Nurse.*

No Significant Findings/No Apparent Distress
Restraint check in Echo Unit, Range 2, Cell 23 for inmate in four point restraint. Restraint devices move freely, do not compromise airway, breathing or circulation. No swelling or injuries noted at or distal to restraints in the four extremities. Vital signs stable - inmate is without sign/s of medical distress. Inmate shows no sign of dehydration at this time. Water and toileting offered per Custody. Airway is patent-inmate breaths normally. Peripheral pulses palpated - capillary refill distal to each restraint device on each of the four extremities noted to be adequate. Skin is warm, dry, with normal color. A closed skin tear is noted on left middle index finger between the two joints with very small amount of dried blood visible-no treatment required at this time.

*The c/o's WAS Stomped on my Fingers w/ Their Boots... c/o Kyle MAYBURY Lt. ERICSINE & c/o T. AlBortson*

Generated 10/02/2019 21:58 by Simcox, J RN      Bureau of Prisons - TOM      Page 1 of 2

EXHBIT C
2 - OF 5

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: DELABOIN, RODNEY | | Reg #: | 60217-060 |
| Date of Birth: 10/19/1981 | Sex: M Race: BLACK | Facility: | TOM |
| Encounter Date: 10/02/2019 23:19 | Provider: Simcox, J RN | Unit: | Z02 |

Nursing - Restraint Check encounter performed at Other.

**SUBJECTIVE:**

**COMPLAINT 1** **Provider:** Simcox, J RN

**Chief Complaint:** No Complaint(s)
**Subjective:** Four Point Restraint Check
**Pain:** Not Applicable

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 10/02/2019 | 23:19 TOM | 96.7 | 35.9 | Axillary | Simcox, J RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 10/02/2019 | 23:19 | 67 | Via Machine | | Simcox, J RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 10/02/2019 | 23:19 TOM | 16 | Simcox, J RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 10/02/2019 | 23:19 TOM | 149/52 | Right Arm | Lying | Adult-large | Simcox, J RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 10/02/2019 | 23:19 TOM | 100 | Room Air | Simcox, J RN |

**Exam:**

**Peripheral Vascular**

**Arms**

Yes: Radial Pulse Normal

**Legs**

Yes: Dorsalis Pedis Normal

**ASSESSMENT:**

No Significant Findings/No Apparent Distress

Restraint check in Echo Unit, Range 2, Cell 23 for inmate in four point restraint. Restraint devices move freely, do not compromise airway, breathing or circulation. No swelling or injuries noted at or distal to restraints in the four extremities. Vital signs stable - inmate is without sign/s of medical distress. Inmate shows no sign of dehydration at this time. Water and toileting offered per Custody. Airway is patent-inmate breaths normally. Peripheral pulses palpated - capillary refill distal to each restraint device on each of the four extremities noted to be adequate. Skin is warm, dry, with normal color. No injuries reported or observed during this exam.

EXHIBIT C
3 of 5

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | DELABOIN, RODNEY | | Reg #: | 60217-060 |
| Date of Birth: | 10/19/1981 | Sex: M Race: BLACK | Facility: | TOM |
| Encounter Date: | 10/02/2019 18:30 | Provider: Simcox, J RN | Unit: | Z02 |

Nursing - Restraint Check encounter performed at Other.

**SUBJECTIVE:**

**COMPLAINT 1**      **Provider:** Simcox, J RN

**Chief Complaint:** Other Problem
**Subjective:** Four Point Restraint
**Pain:** Not Applicable

**OBJECTIVE:**

**Exam:**

**Peripheral Vascular**

**Arms**

Yes: Radial Pulse Normal

**Legs**

Yes: Dorsalis Pedis Normal

**ASSESSMENT:**

No Significant Findings/No Apparent Distress

Restraint check in Echo Unit, Range 2, Cell 23 for inmate in four point restraint. Restraint devices move freely, do not compromise airway, breathing or circulation. No swelling or injuries noted at or distal to restraints in the four extremities. Vital signs stable - inmate is without sign/s of medical distress. Inmate shows no sign of dehydration at this time. Water and toileting offered per Custody. Airway is patent-inmate breaths normally. Peripheral pulses palpated - capillary refill distal to each restraint device on each of the four extremities noted to be adequate. Skin is warm, dry, with normal color. Inmate c/o rigt elbow "dislocation" and right temple tenderness (See BEMR Injury Assessment)- no injuries visualized or noted during this exam.

**PLAN:**

**Disposition:**

Follow-up in 2-4 Hours

**Other:**

Patient allergies reviewed and updates applied during this visit if indicated. See Chart: Allergies for most recent patient allergy list.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 10/02/2019 | Counseling | Access to Care | Simcox, J | Needs Reinforcement |

**Copay Required:** No      **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Simcox, J RN on 10/02/2019 21:53
Requested to be cosigned by Boyd, Rock MD/CD.
Cosign documentation will be displayed on the following page.

Generated 10/02/2019 21:53 by Simcox, J RN      Bureau of Prisons - TOM      Page 1 of 1

Exhibit C
4 of 5

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: DELABOIN, RODNEY | | Reg #: 60217-060 |
| Date of Birth: 10/19/1981 | Sex: M Race: BLACK | Facility: TOM |
| Encounter Date: 10/02/2019 18:30 | Provider: Simcox, J RN | Unit: Z02 |

Injury Assessment - Non-work related encounter performed at Other.

**SUBJECTIVE:**

INJURY 1     Provider: Simcox, J RN

Date of Injury: 10/02/2019 17:10     Date Reported for Treatment: 10/02/2019 19:03

Work Related: No     Work Assignment: UNASSG, SHU-UNASSG

Pain Location:

Pain Scale: 0

Pain Qualities:

Where Did Injury Happen (Be specific as to location):

Echo

Cause of Injury (Inmate's Statement of how injury occurred):

no specific cause of injury identified or described by inmate

Symptoms (as reported by inmate):

tenderness of right temple area, "dislocation of right elbow"

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 10/02/2019 | 19:05 TOM | 97.9 | 36.6 | Oral | Simcox, J RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 10/02/2019 | 19:05 | 92 | Via Machine | | Simcox, J RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 10/02/2019 | 19:05 TOM | 16 | Simcox, J RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 10/02/2019 | 19:05 TOM | 123/66 | Left Arm | Lying | Adult-large | Simcox, J RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 10/02/2019 | 19:05 TOM | 100 | Room Air | Simcox, J RN |

**Exam:**
**General**
**Affect**
Yes: Cooperative, Irritable, Anxious
**Appearance**
Yes: Alert & Oriented to Person
**Peripheral Vascular**

Generated 10/02/2019 21:47 by Simcox, J RN     Bureau of Prisons - TOM     Page 1 of 2

EXHIBIT 5 of 5 *(handwritten)*

| | |
|---|---|
| Inmate Name: DELABOIN, RODNEY | Reg #: 60217-060 |
| Date of Birth: 10/19/1981 | Facility: TOM |
| Encounter Date: 10/02/2019 18:30 | Unit: Z02 |

Sex: M  Race: BLACK
Provider: Simcox, J RN

**Exam:**

**Arms**
Yes: Radial Pulse Normal

**Legs**
Yes: Dorsalis Pedis Normal

**ASSESSMENT:**

No Significant Findings/No Apparent Distress

Inmate examined in Echo unit, range 2, cell 23 following immediate use of force and application of four point restraints. Inmate identifies discomfort to right temple and indicates right elbow is "dislocated".

*(handwritten right margin): AREAS THAT I WAS BEAT IN @ THT TIME WHICH medical IGNORED EVERY Thing I pointed out*

Inmates face, head, arms legs visualized and lightly palpated at which time inmate displayed no sign of guarding or complained of discomfort until right temple area lightly palpated. There was no swelling, redness or bleeding noted on the right temple area of head. The inmates right elbow was lightly palpated and there was minimal guarding or nonverbal sign of discomfort at that time.

No swelling or injuries noted at or distal to restraints in the four extremities. Vital signs stable - inmate is without sign/s of medical distress. Inmate shows no sign of dehydration at this time. Inmate has access to water and toilet per Custody. Airway is patent-inmate breaths normally. Peripheral pulses palpated - capillary refill distal to each restraint device on each of the four extremities noted to be adequate. Skin is warm, dry, with normal color. No injuries observed during this exam. Inmate encouraged to f/o with Medical if needed, reassured Medical would periodically evaluate him while in restraint.

**PLAN:**

**Disposition:**
Follow-up at Sick Call as Needed
Follow-up in 2-4 Hours

**Other:**
Patient allergies reviewed and updates applied during this visit if indicated. See Chart: Allergies for most recent patient allergy list.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 10/02/2019 | Counseling | Access to Care | Simcox, J | Needs Reinforcement |

Copay Required: No  Cosign Required: Yes
Telephone/Verbal Order: No

Completed by Simcox, J RN on 10/02/2019 21:47
Requested to be cosigned by Boyd, Rock MD/CD.
Cosign documentation will be displayed on the following page.

EXHIBIT E



**U.S. Department of Justice**

Federal Bureau of Prisons

*North Central Regional Office*

---

*Office of the Regional Counsel*

400 State Avenue
Tower II, Suite 800
Kansas City, KS  66101

SEP 15 2020

Rodney Delaboin
Register No. 60217-060
United States Penitentiary
P.O. Box 1002
Thomson, IL  61285

Re:    Administrative Claim Number TRT-NCR-2020-03970 (Reconsideration)

**CERTIFIED NUMBER 7018 3090 0002 2628 1759**

Dear Mr. Delaboin:

Your claim has been reconsidered for administrative settlement pursuant to 28 U.S.C. § 2672 et seq., and authority granted by 28 C.F.R. § 0.172, Authority: Federal Tort Claims and 28 C.F.R. Part 14, Administrative Claims Under Federal Tort Claims Act. You claim government liability in the amount of forty-thousand dollars ($40,000.00).

Further review of your claim has been completed. We find no new evidence to indicate you sustained any loss or injury caused by the negligent or wrongful act or omission of any Bureau of Prisons employee acting within the scope of his or her employment. Accordingly, we will not change our original decision in this matter as we have determined the denial to be appropriate under the facts and information available to us.

If you are dissatisfied with our agency's determination in this matter, you may file suit in an appropriate U.S. District Court no later than six months after the date of mailing of this notification.

Sincerely,

Richard M. Winter
Regional Counsel

Deliburn
#60217-060

EXHibit O        7 OF 7

These Reports Are All proof OF The Retaliation FoR me
FiLing A Complaint on The 10-2-19 IncidenT Into which
C/o E. GamBle Harressed And TargeTted me within HeR DeliBrate
INDifference In A VengeFul way... which was All Expunged
Due To LACK oF merit. And FAlsification... which Violates 3420.11
#34 ¿ #56


FurtheRmore... I've since Then Been the TARget OF Numerous.
CoVeRT Misconduct operations In A Effort To FuRther pounish me
FoR The Results oF The InvesT. In connection To this RepoRT
Into which LT. R. ERK:sine was RemoVed From this posT (E-
UNIt) C/o E. GamBle, M. BlackBuRn TransFeRRed ¿ C/o K. MAybury
was FiRed (As toid to me By Counselor Nelson) So Due To this I
Have Had my peRsonal propeRty DestRoyed countless times, once
I Showed SIA RAmeRiel How my cell ¿ PRopeRty was Done By C/o
MAyBury, C/o R. TroutMAn, C/o E. Gamble In FeB oF 2020 since
SIA was making AdmIn. Rounds Along with the Capt. KIRBy
I Also pointed out the stale oF my cell ¿ propeRty DestRoyed
By The ABove Named staff, Capt. KiRBy made Notes And said He
would speak To The LT. (supervisoR) oF the UnIt... A Review
OF my AdmIn Remedy LoGs GeneRal RetRival will Show How the
BoP TuRned 2 Blind EyE To my cRies FoR Help ¿ Protection
From This misconduct ¿ Threats To my peRson, pRopeRty ¿ LiBeRity...

Respectfully,

MR.

BP-A0288
JAN 17

**INCIDENT REPORT**

Exhibit D 1 OF 7

**U.S. DEPARTMENT OF JUSTICE**

**FEDERAL BUREAU OF PRISONS**

**Part I - Incident Report**

| | | |
|---|---|---|
| 1. Institution: AUSP Thomson | | |
| 2. Inmate's Name: Delaboin, Michael | 3. Register Number: (60217-060) | Incident Report Number: 3311387 |
| | | 4. Date of Incident: 10/2/19 | 5. Time: 5:10pm |
| 6. Place of Incident: E Unit Range 2- Cell 221 | 7. Assignment: N/A | |
| | | 8. Unit: E Unit |
| 9. Incident: Assaulting any person , specifically sexual assault * | 10. Prohibited Act Code(s) 101 | |

11. Description of Incident (Date: 10/2/2019   Time: 05:10 p.m. Staff became aware of incident):

On October 2nd, 2019, at approximately 5:10pm, I attempted to collect food trays from cell 221 on Range 2 in E-Unit which houses inmate Delaboin, Michael #60217-060. As I went to grab the food trays inmate Delaboin had his erect penis in his hand and ejaculated a white clear substance from his erect penis on to his tray slot and onto my upper left leg. I stepped away from the tray slot and the inmate was screaming, "Fuck you bitch, you like that dick the long way". I notified the SHU Lieutenant of the inmates actions.

| | | |
|---|---|---|
| 12. Typed Name/Signature of Reporting Employee: E. Gamble | | 13. Date And Time: 10/2/2019   6:00pm |
| 14. Incident Report Delivered to Above Inmate By (Type Name/Signature): | 15. Date Incident Report Delivered: 12-1-19 | 16. Time Incident Report Delivered: 3:30 pm |

**Part II - Committee Action**

17. Comments of inmate to Committee Regarding Above Incident:

18. A. It is the finding of the committee that you:

_____ Committed the Prohibited Act as charged.
_____ Did not Commit a Prohibited Act.
_____ Committed Prohibited Act Code(s). _____ _____

B. _____ The Committee is referring the Charge(s) to the DHO for further Hearing.

C. _____ The Committee advised the Inmate of its finding and of the right to file an appeal within 20 calendar days.

19. Committee Decision is Based on Specific Evidence as Follows:

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act):

21. Date and Time of Action: _____ _____ (The UDC Chairman's signature certifies who sat on the UDC and that the completed report accurately reflects the UDC proceedings).

Chairman (Typed Name/Signature)

Member (Typed Name)

Member (Typed Name)

INSTRUCTIONS: All items outside of heavy rule are for staff use only. Begin entries with the number 1 and work up. Entries not completed will be voided by staff.

EXHIBIT D
2 OF 7

| BP-A0288 | **INCIDENT REPORT** |
|---|---|
| Dept. of Justice / Federal Bureau of Prisons | |

### Part I - Incident Report

| 1. Institution: **THOMSON ADMIN USP** | | Incident Report Number: **3379309** | |
|---|---|---|---|
| 2. Inmate's Name **DELABOIN, RODNEY** | 3. Register Number **60217-060** | 4. Date of Incident **03-17-2020** | 5. Time **22:35** |
| 6. Place of Incident **Echo Unit Range 2 Cell 5** | 7. Assignment **SHU-UNASSG** | 8. Unit **E-UNIT** | |
| 9. Incident **205 -- ENGAGING IN SEXUAL ACTS. 300 -- INDECENT EXPOSURE. 225 -- STALKING.** | | 10. Prohibited Act Code(s) **205 225 300** | |

11. Description Of Incident

(Date: **03-17-2020**    Time: **22:35** staff became aware of incident)

While performing a round on the bottom tier in Echo unit range 2 at approximately 10:35pm. I was walking past cell 5 belonging to Inmate DELABOIN, RODNEY, #60217-060 and he was sitting on his top bunk stroking his fully erect penis with his right hand. There are extensive documented stalking incidences involving myself and inmate Delaboin, Rodney #60217-060 involving repeated and unwelcome harassment. Inmate was identified using his cell door tag and BOPware as he is the only occupant of Z02-005LAD.

Expunged
on 5-14-20
@ 9:16 am

| 12. Typed Name/Signature of Reporting Employee **E Gamble** | | 13. Date And Time **03-17-2020 22:41** | |
|---|---|---|---|
| 14. Incident Report Delivered to Above Inmate By (Type Name/Signature) JNapolitano | | 15. Date Report Delivered 3/18/2020 | 16. Time Report Delivered 7:15am |

The Government Paperwork Elimination Act (GPEA) of 1998 authorized Federal Agencies the use of electronic forms, electronic filing, and electronic signatures to conduct office business.

Prescribed by P5270                    Replaces BP-S288.052



BP-A0288
Dept. of Justice / Federal Bureau of Prisons

# INCIDENT REPORT

## Part I - Incident Report

| 1. Institution: **THOMSON ADMIN USP** | | Incident Report Number: **3386178** | |
|---|---|---|---|
| 2. Inmate's Name **DELABOIN, RODNEY** | 3. Register Number **60217-060** | 4. Date of Incident **04-05-2020** | 5. Time **19:35** |
| 6. Place of Incident **Echo Unit Range 2 Cell 12** | 7. Assignment **SHU-UNASSG** | 8. Unit **E-UNIT** | |
| 9. Incident **305 -- POSSESSING UNAUTHORIZED ITEM.** | | 10. Prohibited Act Code(s) **305** | |

11. Description Of Incident

(Date: **04-05-2020**    Time:    **19:35** staff became aware of incident)

At approximetly 7:35pm while performing a cell search on range 2 cell 12 belonging to Inmate DELABOIN, RODNEY, #60217-060.   An empty food tray was found under inmate Delaboin's mattress. Inmate was identified using his door card and Truscope.

*Expunged @ 02:21pm on 4-7-20 by J.V.C.*

| 12. Typed Name/Signature of Reporting Employee **E Gamble** | 13. Date And Time **04-05-2020 22:29** | |
|---|---|---|
| 14. Incident Report Delivered to Above Inmate By (Type Name/Signature) | 15. Date Report Delivered **4-6-20** | 16. Time Report Delivered **10:55 Am** |

The Government Paperwork Elimination Act (GPEA) of 1998 authorized Federal Agencies the use of electronic forms, electronic filing, and electronic signatures to conduct office business.

Prescribed by P5270                                   Replaces BP-S288.052

4 OF 7



BP-A0288

## INCIDENT REPORT
### Dept. of Justice / Federal Bureau of Prisons

#### Part I - Incident Report

| 1. Institution: **THOMSON ADMIN USP** | | Incident Report Number: **3375370** | |
|---|---|---|---|
| 2. Inmate's Name **DELABOIN, RODNEY** | 3. Register Number **60217-060** | 4. Date of Incident **03-08-2020** | 5. Time **18:09** |
| 6. Place of Incident **Echo Unit Range 2 Cell 6** | 7. Assignment **SHU-UNASSG** | 8. Unit **E-UNIT** | |
| 9. Incident **225 -- STALKING.** | | 10. Prohibited Act Code(s) **225** | |

11. Description Of Incident
(Date: **03-08-2020**    Time:    **18:09** staff became aware of incident)

**On March 8th 2020, at approximately 6:09pm, I was assisting in observation of an inmate on the holding cage in Echo Unit on range 2 when my attention was brought cell Z02-006. The inmate occupying that cell Delaboin, Rodney Reg. 60217-060 repeatedly yelled Miss Gamble I need you to come holler at me in cell 6. When I did not respond inmate Delaboin, Rodney Reg. 60217-060, the inmate then yelled. Miss Gamble I need you to bring that fat ass over to cell 6 and talk to me you whore. I can t believe you would ignore me you know its Delaboin stupid bitch. If I ever get out of this cell I am going to stretch that pussy out you fucking slut. This is repetitive harassing behavior involving myself and inmate Delaboin over an extended period of time. Rewrite of incident report #337570**

Expunged

| 12. Typed Name/Signature of Reporting Employee **E Gamble** | | 13. Date And Time **03-08-2020 20:06** | |
|---|---|---|---|
| 14. Incident Report Delivered to Above Inmate By (Type Name/Signature) **D. Behle** | | 15. Date Report Delivered **03-10-2020** | 16. Time Report Delivered **09:00** |

4/7/2020

The Government Paperwork Elimination Act (GPEA) of 1998 authorized Federal Agencies the use of electronic forms, electronic filing, and electronic signatures to conduct office business.

Prescribed by P5270

Replaces BP-S288.052

5 of 7



| BP-A0288 | **INCIDENT REPORT** |
| --- | --- |
| Dept. of Justice / Federal Bureau of Prisons | |

**Part I - Incident Report**

| 1. Institution: **THOMSON ADMIN USP** | | Incident Report Number: **3375370** | |
| --- | --- | --- | --- |
| 2. Inmate's Name **DELABOIN, RODNEY** | 3. Register Number **60217-060** | 4. Date of Incident **03-08-2020** | 5. Time **18:09** |
| 6. Place of Incident **Echo Unit Range 2** | 7. Assignment **SHU-UNASSG** | 8. Unit **E-UNIT** | |
| 9. Incident **225 -- STALKING.** | | 10. Prohibited Act Code(s) **225** | |

11. Description Of Incident

(Date: **03-08-2020**    Time: **18:09** staff became aware of incident)

On March 8th 2020, at approximately 6:09pm, I was assisting in observation of an inmate on the holding cage in Echo Unit on range 2 when my attention was brought cell Z02-006. The inmate occupying that cell Delaboin, Rodney Reg. 60217-060 repeatedly yelled Miss Gamble I need you to come holler at me in cell 6. When I did not respond inmate Delaboin, Rodney Reg. 60217-060, the inmate then yelled. Miss Gamble I need you to bring that fat ass over to cell 6 and talk to me you whore. I can t believe you would ignore me you know its Delaboin stupid bitch. If I ever get out of this cell I am going to stretch that pussy out you fucking slut. This is repetitive harassing behavior involving myself and inmate Delaboin over an extended period of time.

Expunged

| 12. Typed Name/Signature of Reporting Employee **E Gamble** | 13. Date And Time **03-08-2020 20:06** | |
| --- | --- | --- |
| 14. Incident Report Delivered to Above Inmate By (Type Name/Signature) *Opeha* | 15. Date Report Delivered **3-10-20** | 16. Time Report Delivered **700** |

The Government Paperwork Elimination Act (GPEA) of 1998 authorized Federal Agencies the use of electronic forms, electronic filing, and electronic signatures to conduct office business.

Prescribed by P5270                                   Replaces BP-S288.052



6 OF 7



BP-A0288

**INCIDENT REPORT**

Dept. of Justice / Federal Bureau of Prisons

Part I - Incident Report

| 1. Institution: **THOMSON ADMIN USP** | | Incident Report Number: **3378823** | |
|---|---|---|---|
| 2. Inmate's Name **DELABOIN, RODNEY** | 3. Register Number **60217-060** | 4. Date of Incident **03-16-2020** | 5. Time **22:36** |
| 6. Place of Incident **Echo Unit Range 2 Cell 5** | 7. Assignment **SHU-UNASSG** | 8. Unit **E-UNIT** | |
| 9. Incident 205 -- ENGAGING IN SEXUAL ACTS. 300 -- INDECENT EXPOSURE. 225--STALKING | | 10. Prohibited Act Code(s) 205 225 300 | |

11. Description Of Incident

(Date: **03-16-2020**    Time: **22:36** staff became aware of incident)

While performing a round on the bottom tier in Echo unit range 2 at approximately 10:36pm. I was walking past cell 5 belonging to Inmate DELABOIN, RODNEY, #60217-060 and he was standing on top of his toilet stroking his fully erect penis with his right hand. There are extensive documented stalking incidences involving myself and inmate Delaboin, Rodney #60217-060 involving repeated and unwelcome harassment. Inmate was identified using his cell door tag and BOPware as he is the only occupant of Z02-005LAD.

*Expunged on 5-14-20 @ 9:16Am*

| 12. Typed Name/Signature of Reporting Employee **E Gamble** | | 13. Date And Time **03-16-2020 23:59** | |
|---|---|---|---|
| 14. Incident Report Delivered to Above Inmate By (Type Name/Signature) J. Napolitano | | 15. Date Report Delivered 3/17/2020 | 16. Time Report Delivered 7:33am |

The Government Paperwork Elimination Act (GPEA) of 1998 authorized Federal Agencies the use of electronic forms, electronic filing, and electronic signatures to conduct office business.

Prescribed by P5270

Replaces BP-S288.052



EXHIBIT F

**DEPARTMENT OF JUSTICE | OFFICE OF THE INSPECTOR GENERAL**

PROOF OF Continued Retaliation.

November 18, 2020

Rodney Delaboin
Reg No. 60217-060
AUSP Thomson
PO BOX 1002
Thomson, IL 61285

Dear Mr. Delaboin:

The purpose of this letter is to acknowledge receipt of your correspondence dated ▬ 24, 2020. Our office, the U.S. Department of Justice (DOJ), Office of the Inspector General, investigates allegations of misconduct by employees and contractors of DOJ, as well as waste, fraud and abuse affecting DOJ programs and operations. However, the matters that you raised are more appropriate for review by another office within the DOJ. Therefore, your complaint has been forwarded to:

> Federal Bureau of Prisons
> Office of Internal Affairs
> 320 First Street
> N.W. Room 814
> Washington, D.C. 20534
> Telephone number (202) 307-3286

Any further correspondence regarding this matter should be directed to that office.

Any additional material you provide our office regarding this matter will not be forwarded to the above agency. Instead, we recommend that you correspond directly with that agency if you have additional information to provide. Please be advised that this is the only correspondence you will receive from this Office regarding this matter.

If you have new information that involves other allegations or issues regarding DOJ employees, contractors, programs or operations, please feel free to submit that information to us.

Thank you for giving us the opportunity to review your concerns.

Sincerely,

Office of the Inspector General
Investigations Division



#60217060
AUSP THomSon
P.O. Box 1002
THomSoN, IL
61285...

INSPECTED BY THE
UNITED STATES
MARSHALS SERVICE

U.S. DIST COURT
CLERKS OFFICE
219 S. DEARBORN ST.
CHI, IL 60604...

PURPLE HEART
FOREVER USA

FOREVER USA

02/12/2021-3

LEGAL MAIL

SENT ON
2-3-21
② 12:13 PM
Civil Team member
BY JOHNSON
POSTAGE

